IN DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| MARKEI MILES, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 3:24cv659-MHT |
| RUSSELL COUNTY SHERIFF ) | (WO) |
| DEPARTMENT, et al., ) | |
| ) | |
|     Defendants. ) | |

OPINION

On October 21, 2024, the court entered an order requiring plaintiff to submit an inmate account statement by November 4, 2024, and warning that a failure to comply would result in dismissal. When he failed to do so, the court ordered him to file the required inmate account statement by January 10, 2025, again warning him that a failure to comply would result in dismissal, but he failed still to comply with the court's orders.

Because of plaintiff's failure to comply with court orders, the court concludes that this case should be dismissed without prejudice. *See Moon v. Newsome*, 863

F.2d 835, 837 (11th Cir. 1989) (stating that dismissal for failure to obey a court order is generally not an abuse of discretion where litigant has been forewarned). The authority of courts to impose sanctions for failure to prosecute or obey an order is longstanding and acknowledged by Rule 41(b) of the Federal Rules of Civil Procedure.  See *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629–30 (1962).  This authority empowers the courts "to manage their own affairs so as to achieve the orderly and expeditious disposition of cases."  *Id*. at 630–31; *see Mingo v. Sugar Cane Growers Co-Op of Fla.*, 864 F.2d 101, 102 (11th Cir. 1989) (holding that "[t]he district court possesses the inherent power to police its docket."). "The sanctions imposed [upon dilatory litigants] can range from a simple reprimand to an order dismissing the action with or without prejudice."  *Mingo*, 864 F.2d at 102.

2

Accordingly, this case will be dismissed without prejudice.

A final judgment will be entered.

DONE, this the 3rd day of September, 2025.

                            /s/ Myron H. Thompson  
                            **UNITED STATES DISTRICT JUDGE**