IN DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| MARKEI MILES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 3:24cv659-MHT |
| RUSSELL COUNTY SHERIFF ) | (WO) |
| DEPARTMENT, et al., ) | |
| ) | |
| Defendants. ) | |

JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that this action is dismissed without prejudice. All pending motions are denied as moot.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 3rd day of September, 2025.

                                           /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE